# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLYN MYERS; and HENRY HARELL, Independent Administrator of the Estate of Stacy Vaughn Harell, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, a Municipal Corporation; TERRANCE ALLEN; SHARREE THOMPSON; Officer SHAUN SUSNIS, Individually and as agent of the City of Chicago; Officer MEGAN RYAN, individually and as agent of the City of Chicago; and UNKNOWN POLICE OFFICERS, individually and as agent of the City of Chicago,<br><br>    Defendants. | Case No. 18 C 07781 |

## NOTICE OF REMOVAL

Defendant City of Chicago (City) by one of its attorneys, Kevin Lovellette, Deputy Corporation Counsel, respectfully requests removal of the above entitled action to this Court, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), based on the following grounds:

1. On October 6, 2017, Kimberlyn Myers filed a single-count complaint in the circuit court of Cook County (case No. 2017 L 010177) alleging that Terrance Allen was negligent in connection with an automobile accident that occurred on June 4, 2017.[1]

2. On January 31, 2018, Myers filed a first amended complaint adding a claim of negligent entrustment against Allen. (*See* Exhibit A, *Myers* First Amended Complaint.)

---

[1] Since the City was not originally named as defendant, it does not have a copy of the complaint and, as a consequence, it is not attached as an exhibit to this notice of removal.

3. Thereafter, on June 19, 2018, Myers filed second amended complaint adding the City as a party-defendant. The second amended complaint alleged negligence (count I) and negligent entrustment (count II) against Allen, and alleged willful and wonton conduct (count III) and negligent spoliation (count IV) against the City. (*See* Exhibit B, *Myers* Second Amended Complaint.)

4. Also on June 19, 2018, Henry Harell, as independent administrator of the estate of Stacy Vaughn Harell, filed a similar four-count complaint in the circuit court of Cook County (case No. 2018 L 006323).[2] That complaint is based on the same automobile accident at issue in *Myers* and named the same defendants and included the same claims. (*See* Exhibit C, *Harell* Original Complaint.)

5. On June 27, 2018, copies of the summons and complaint in *Harell* were served on the City. (*See* Exhibit D, Summons.) On July 11, 2018, the City entered an appearance in *Myers* (without being served) and filed an appearance in *Harell* on August 18, 2018.

6. On August 31, 2018, the circuit court entered an order consolidating the *Harell* matter into the *Myers* lawsuit. (*See* Exhibit E, Consolidation Order.)

7. Thereafter, on November 1, 2018, Harell filed a first amended complaint adding Sharree Thompson, Officer Shaun Susnis, Officer Megan Ryan, and unknown Chicago police officers as defendants. The amended complaint contains seven counts and includes a federal section 1983 claim against the City, claiming that it is liable under *Monell* because its policies, customs, and practices resulted in the violation of plaintiff's constitutional rights. The remaining counts allege various State law claims. (*See* Exhibit F, *Harell* Amended Complaint.)

---

[2] The pleadings contain two different spellings of Harell's last name: "Harell" and "Harrell."

8. Less than a week later, On November 6, 2018, Myers filed a third amended complaint likewise adding Sharree Thompson, Officer Shaun Susnis, Officer Megan Ryan, and unknown Chicago police officers as defendants and asserting identical claims as alleged in *Harell*'s amended complaint. (*See* Exhibit G, *Myers* Third Amended Complaint.)[3]

9. Counsel for Defendant Terrence Allen has indicated that Allen has no objection to this removal. Defendants Thompson, Susnis and Ryan have not been served.

10. Based on the federal nature of certain claims in the amended complaints, the City is entitled to remove this consolidated action to this court pursuant to 28 U.S.C. §1441(a).

Wherefore, the City respectfully requests that the above-entitled consolidated action now pending in the circuit court of Cook County under case number 2017 L 010177 be removed therefrom to this Court, and for such further relief this Court finds reasonable and just.

Dated: November 26, 2018

Respectfully submitted,

*/s/ Kevin Lovellette*
KEVIN LOVELLETTE
Deputy Corporation Counsel
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
(312) 744-4883
Atty. No. 6243384

---

[3] Myers' third amended complaint is incorrectly labeled "First Amended Complaint at Law."

- 4 -

## **CERTIFICATE OF SERVICE**

      The undersigned attorney states upon oath that a copy of the foregoing **Notice of Removal** was served upon the three individuals listed below at the electronic addresses provided on the 26th day of November, 2018.

| | | |
|---|---|---|
| Stephen J. McMullen | Zane D. Smith | Frank Andreou |
| 345 N. Wacker Drive | Zane D. Smith & Assoc. | Andreou & Casson Ltd |
| Suite 1208 | 221 N. LaSalle St., Ste. 1320 | 661 W Lake St., 2N |
| Chicago, IL 60606 | Chicago, IL 60601 | Chicago, IL 60601 |
| Attorney for Myers | Attorney for Harell | Attorney for Terrence Allen |
| Macattacklaw@gmail.com | zane@zanesmith.com | fandreou@andreou-casson.com |

      */s/ Kevin Lovellette*
      Deputy Corporation Counsel
      Attorney for City of Chicago