# EXHIBIT A

DRM/gmb  #17-20  Firm I.D. No. 49780

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

KIMBERLYN MYERS, )
　)
　　Plaintiff, )
　)
v. )　No. 17 L 010177
　)
TERRANCE ALLEN, )
　)
　)
　　Defendant. )

## NOTICE OF FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT AT LAW

To: Thomas J. Lawler, Esq.　　　　Andreaou & Casson
　　Assistant Corporation Counsel　661 West Lake Street, Suite 2North
　　City of Chicago　　　　　　　　Chicago, Illinois 60661
　　121 North LaSalle Street, Suite 801　Fax: (312) 935-2001
　　Chicago, Illinois 60602
　　Fax: (312) 744-5185

YOU ARE HEREBY NOTIFIED that on January 31, 2018, **PLAINTIFF'S FIRST AMENDED COMPLAINT AT LAW** was filed with the Circuit Court of Cook County, Illinois, copies of which are attached hereto.

| | | | |
|---|---|---|---|
| **Name:** | McNabola Law Group, P.C. | **Attorney for:** | Plaintiff |
| **Address:** | 55 W. Wacker Drive | **City:** | Chicago, IL 60601 |
| **Telephone:** | (312) 629-2900 | **Atty. No:** | 49780 |
| **Email:** | don@mcnabolalaw.com | | |

## PROOF OF SERVICE

I, Gia M. Benline, a non-attorney, on oath state, I served this notice by mailing a copy to the above named attorneys at their respective address(es) by depositing same in the U.S. Mail at 55 West Wacker Drive, Chicago, Illinois 60601, at 4:00 p.m. on January 31, 2018, with proper postage prepaid.

　　　　　　　　　　　　　　　　　　/s/ Gia M. Benline

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KIMBERLYN MYERS, ) | |
| Plaintiff, ) | |
| v. ) | No. |
| TERRANCE ALLEN, ) | |
| Defendant. ) | |

## FIRST AMENDED COMPLAINT AT LAW

### COUNT I

### NEGLIGENCE

KIMBERLYN MYERS (hereinafter "MYERS"), by and through her attorneys, the McNABOLA LAW GROUP, P.C., and complaining of Defendant, TERRANCE ALLEN (hereinafter "ALLEN"), states:

1. On June 24, 2017, and at all times material, Plaintiff, KIMBERLYN MYERS, was a passenger in a motor vehicle being operated in an easterly direction on 59th Street at or near its intersection with LaSalle Street in Chicago, Cook County, Illinois.

2. On and before June 24, 2017, and at all times material, Defendant, TERRANCE ALLEN, owned a 2003 Kia Sorrento.

3. On June 24, 2017, and at all times material, Defendant, TERRANCE ALLEN, permitted his 2003 Kia Sorrento to be operated by his authorized agent, apparent agent and/or permitted driver.

4. On June 24, 2017, and at all times material, Defendant, TERRANCE ALLEN's agent, apparent agent and/or permitted driver operated the 2003 Kia Sorrento in a southerly direction on LaSalle Street at or near its intersection with 59th Street in Chicago, Cook County, Illinois.

5. On June 24, 2017, and at all times material, Defendant, TERRANCE ALLEN, through his authorized agent, apparent agent and/or permitted driver, had a duty to exercise reasonable care and caution in the operation of the 2003 Kia Sorrento so as not to cause injury to others.

6. On June 24, 2017, and at all times material, Defendant, TERRANCE ALLEN, had a duty to exercise reasonable care and caution in permitting others to operate his 2003 Kia Sorrento.

7. On June 24, 2017, Defendant, TERRANCE ALLEN, through his authorized agent, apparent agent and/or permitted driver, caused the front of his vehicle to impact the driver's side of the motor vehicle in which KIMBERLYN MYERS was a passenger, whereby KIMBERLYN MYERS sustained injuries.

8. On and before June 24, 2017, and at all times material, Defendant, TERRANCE ALLEN, through his authorized agent, apparent agent and/or permitted driver, was negligent in one or more of the following respects:

   (a) Carelessly and negligently operated and controlled said motor vehicle;

   (b) Carelessly and negligently failed to exercise that degree of care and caution that a reasonable person under similar circumstances would have exercised in the operation of said motor vehicle;

   (c) Carelessly and negligently failed to keep an adequate lookout during the operation of said motor vehicle;

   (d) Carelessly and negligently operated and controlled said motor vehicle at a speed that was greater than was reasonable having regard for the traffic and the use of said highway, in violation of 625 ILCS 5/11-601;

   (e) Carelessly and negligently failed to decrease speed to avoid colliding with another vehicle on the highway, in violation of 625 ILCS 5/11-601;

9. As a direct and proximate of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, TERRANCE ALLEN, Plaintiff, KIMBERLYN MYERS was injured and suffered damages of a personal and pecuniary nature and continues to suffer from said injuries.

WHEREFORE, Plaintiff, KIMBERLYN MYERS, prays for judgment in her favor and against the Defendant, TERRANCE ALLEN, in a sum far in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of this suit.

## COUNT II

## NEGLIGENT ENTRUSTMENT

10. On June 24, 2017, and at all times material, Plaintiff, KIMBERLYN MYERS, was a passenger in a motor vehicle being operated in an easterly direction on or near 95th Street at or near its intersection with LaSalle Street in Chicago, Cook County, Illinois.

11. On June 24, 2017, Defendant, TERRANCE ALLEN, was the owner of a 2003 Kia Sorrento.

12. On June 24, 2017, Defendant, TERRANCE ALLEN, entrusted and permitted a currently unidentified individual to operate his 2003 Kia Sorrento.

13. On and before June 24, 2017, and at all times material, Defendant, TERRANCE ALLEN, knew or should have known that the currently unidentified individual was likely to operate the 2003 Kia Sorrento in a manner involving an unreasonable risk of harm to others.

14. On and before June 24, 2017, and at all times material, Defendant, TERRANCE ALLEN, had the right to control the use and operation of his 2003 Kia Sorrento.

15. On June 24, 2017, and at all times material, Defendant, TERRANCE ALLEN, had a duty to exercise reasonable care and caution in deciding who to entrust to operate his 2003 Kia Sorrento.

16. On June 24, 2017, the individual in whom Defendant, TERRANCE ALLEN, entrusted and permitted to operate his 2003 Kia Sorrento, caused the front of his vehicle to impact the driver's side of the motor vehicle in which KIMBERLYN MYERS was a passenger, whereby KIMBERLYN MYERS sustained injuries.

17. On and before June 16, 2017, and at all times material, Defendant, TERRANCE ALLEN, breached his duty of care and was negligent in one or more of the following respects:

(a) Entrusted the operation of his 2003 Kia Sorrento to an individual who carelessly and negligently operated and controlled said motor vehicle;

(b) Entrusted the operation of his 2003 Kia Sorrento to an individual who carelessly and negligently failed to exercise that degree of care and caution that a reasonable person under similar circumstances would have exercised in the operation of said motor vehicle;

(c) Entrusted the operation of his 2003 Kia Sorrento to an individual who carelessly and negligently failed to keep an adequate lookout during the operation of said motor vehicle;

(d) Entrusted the operation of his 2003 Kia Sorrento to an individual who carelessly and negligently operated and controlled said motor vehicle at a speed that was greater than was reasonable having regard for the traffic and the use of said highway, in violation of 625 ILCS 5/11-601;

(e) Entrusted the operation of his 2003 Kia Sorrento to an individual who carelessly and negligently failed to decrease speed to avoid colliding with another vehicle on the highway, in violation of 625 ILCS 5/11-601;

18. As a direct and proximate of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, TERRANCE ALLEN, Plaintiff, KIMBERLYN MYERS was injured and suffered damages of a personal and pecuniary nature and continues to suffer from said injuries.

WHEREFORE, Plaintiff, KIMBERLYN MYERS, prays for judgment in her favor and against the Defendant, TERRANCE ALLEN, in a sum far in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of this suit.

_____
Attorney for Plaintiff

Donald R. McGarrah, Esq.
**McNabola Law Group, P.C.**
55 West Wacker Drive, Suite 900
Chicago, IL 60601
(312) 629-2900
don@mcnabolalaw.com
Firm I.D. No. 49780