# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Henry Harell, Independent Administrator of the Estate of Stacy Vaughn Harell, deceased, et al.,

Plaintiff(s),

v.

City of Chicago, et al.,

Defendant(s).

Case No. 18 C 7781
Judge Ruben Castillo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the defendants, City of Chicago, Shaun Susnis and Megan Ryan and against plaintiffs, Henry Harell, Independent Administrator estate of Stacy Vaughn Harell and Kimberlyn Myers on Counts IV and V of the amended complaint. The Court declines to exercise supplemental jurisdiction over the remaining state law claims and remands the state law claims to state court.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Ruben Castillo on a motion to dismiss

Date: 6/25/2019                            Thomas G. Bruton, Clerk of Court

                                                    /s/ Ruth O'Shea, Deputy Clerk